# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**          Case No.: 6:99-cv-1053-Orl-28KRS

**SEBASTIAN INTERNATIONAL ENTERPRISES, INC., et al.,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **FIRST MOTION BY COURT APPOINTED RECEIVER FOR AUTHORIZATION TO MAKE PAYMENT TO SPECIAL MASTER (Doc. No. 650)**
>
> **FILED:** June 29, 2005
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On May 19, 2004, the Court appointed David Almstead as a special master to advise the Court whether or not to approve the proposed contract of sale of *Real Life 101*. The Court stated that Mr. Almstead would be compensated from the receivership estate for his time and the expenses he incurred in his role as special master. Doc. No. 599. Mr. Almstead has completed his duties as

special master, providing the Court with recommendations that were adopted with respect to the sale of *Real Life 101*. *See* Doc. No. 610.

Mr. Almstead now requests reimbursement for his time and expenses in the total amount of $4,875.00. This request is reasonable in light of the services Mr. Almstead provided to the Court and to the receivership estate. Therefore, I respectfully recommend that the Court approve Mr. Almstead's request for payment of the amount by the receiver.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 6, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy