**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-vs-                            Case No.:  6:99-cv-1053-Orl-28KRS

SEBASTIAN INTERNATIONAL
ENTERPRISES, INC., et al.,

        Defendant.

## ORDER

This case is before the Court on First Motion by Court Appointed Receiver for Authorization to Make Payment to Special Master (Doc. No. 650) filed June 29, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed July 6, 2005 (Doc. No. 651) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The First Motion by Court Appointed Receiver for Authorization to Make Payment to Special Master (Doc. No. 650) is **GRANTED**.  The Receiver is authorized to pay $4,875.00 to the Special Master for his time and expenses.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  21  day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party