UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-                                    Case No.: 6:99-cv-1053-Orl-28KRS

SEBASTIAN INTERNATIONAL
ENTERPRISES, INC., et al.,

    Defendant.
_____

# ORDER

This case is before the Court on the First Motion by Court Appointed Receiver for Authorization to Make Payment to Court Appointed Receivership Attorney (Doc. 648) and the First Motion by Court Appointed Receiver for Authorization to Make Payment to Receiver (Doc. 649). The United States Magistrate Judge has submitted a report recommending that both motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed July 8, 2005 (Doc. 652) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The First Motion by Court Appointed Receiver for Authorization to Make Payment to Court Appointed Receivership Attorney (Doc. 648) is **GRANTED**. The Receivership estate shall pay the Receiver the sum of $5,000.00.

3. The First Motion by Court Appointed Receiver for Authorization to Make Payment to Receiver (Doc. 649) is **GRANTED**. The Receivership estate shall pay the Receiver's attorney the sum of $7,500.00.

4. The Court approves the proposed flat-fee payment system. Payments will be made in arrears, that is no payment will be made until the end of the quarter with respect to which the payment is due. The Receiver and his attorney shall file with the Court **on the last business day in January and the last business day in July** a summary of the work performed in the previous two quarters in sufficient detail to permit the Court to assess whether the flat-fees paid continue to be reasonable for the work performed. The Receiver and his attorney may file requests for additional reimbursement of extraordinary expenses whenever necessary.

5. The Court authorizes the Receiver to pay himself the sum of $2,000.00 per quarter and to pay the Receiver's attorney the sum of $3,000.00 per quarter.

6. The Receiver, thorough his attorney, shall file the first summary report **on or before August 5, 2005**. The report shall give the Court an overview of the present status of the receivership estate, including the results obtained for the receivership estate since the substitute Receiver and his attorney were appointed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  25  day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party